Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff SEAN GORECKI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SEAN GORECKI,<br><br>    Plaintiff,<br><br>  vs.<br><br>DAVE & BUSTER'S, INC., a Missouri corporation, and DOES 1-10 inclusive<br><br>Defendant. | Case No. 2:17-cv-01138-PSG-AGR<br><br>**PLAINTIFF'S NOTICE LODGING SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, DISMISSAL OR STAY** |

   Plaintiff Sean Gorecki hereby gives notice of supplemental authority relevant to the pending Motion for Summary Judgment, or in the Alternative, Dismissal or Stay (Docket 28).

   On October 3, 2017, the United States District Court Central District of California denied a motion to dismiss, holding (1) that Title III of the ADA applies to a website and mobile application  where there is a "nexus" between its online

MANNING LAW, APC
4667 MACARTHUR BLVD., STE. 150
NEWPORT BEACH, CA 92660

offerings and its physical space (2) defendant had sufficient notice to meet the requirements of due process "because the DOJ has made it abundantly clear that websites fall under Title III's requirements"[1] and (3) the primary jurisdiction doctrine is inappropriate because a "determination of liability does not require the Court to master complicated web standards, but rather asks the Court to make exactly the same sort of accessibility determinations that it regularly makes when evaluating the accessibility of physical locations." *Order Re Motion to Dismiss*, *Kayla Reed v. CVS Pharmacy, Inc.*, Case No. 2:17-cv-03877-MWF-SK (C.D.C.A. Oct. 3, 2017) (Fitzgerald) A copy of the *Reed v. CVS* opinion is attached as **Exhibit "A."**

Dated: October 3, 2017                    **MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.

## CERTIFICATE OF SERVICE

Service is being effected upon counsel for counsel of record via the CM/ECF system.

By: */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.

---

[1] "The DOJ's position that the ADA applies to websites being clear, it is no matter that the ADA and the DOJ fail to describe exactly how any given website must be made accessible to people with visual impairments. Indeed, this is often the case with the ADA's requirements, because the ADA and its implementing regulations are intended to give public accommodations maximum flexibility in meeting the statute's requirements. This flexibility is a feature, not a bug, and certainly not a violation of due process." *Kayla Reed v. CVS Pharmacy, Inc.* Order at *9.

MANNING LAW, APC
4667 MACARTHUR BLVD., STE. 150
NEWPORT BEACH, CA 92660